UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL PREMO WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA WORKERS COMPENSATION APPEALS BOARD, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-00302 KJM AC PS<br><br><br>ORDER |

　　　　Plaintiff filed this case on February 17, 2022 and paid the filing fee.  ECF No. 1.  Following an order to show cause, plaintiff filed a certificate of service on May 24, 2022.  Defendants have not appeared.  An initial status conference is currently set before the undersigned for August 24, 2022.  ECF No. 7.

　　　　On June 29, 2022, plaintiff sent a letter to the court.  ECF No. 8.  This letter addresses evidentiary and logistical concerns regarding hearings with the Workers Compensation Appeals Board.  ECF No. 8 at 2.  The letter asks several questions that this court, a United States District Court, is unable to answer or address.  Id.  In bold writing, plaintiff states, "Plaintiff requests as an ADA accommodation from the State of California for an appointment with Dr. Weinmann as soon as possible."  Id. at 3.

////

1

1  The court informs plaintiff that the concerns expressed in her letter cannot be addressed by this court, and reminds plaintiff that this court is not the State of California Workers Compensation Appeals Board.  Any requests for accommodations related to ongoing state agency proceedings must be addressed to that entity.  Furthermore, the court is unable to give legal advice.  If plaintiff does not need or want to be litigating a case in the U.S. District Court for the Eastern District of California, she may voluntarily dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  If plaintiff chooses to send a notice of voluntary dismissal, this case will close, and she will not be barred from bringing this case or a similar case later.

Because this court cannot give legal advice or address the questions plaintiff asks in her letter, IT IS HEREBY ORDERED that the letter filed at ECF No. 8 is DISREGARDED.

DATED: July 18, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE